# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA; et seq.
Plaintiff (Petitioner)

v.

KIM SMITH, ET AL,
Defendant (Respondent)

CASE and/or DOCKET No.: 18-00416

Sheriff's Sale Date: _____

## AFFIDAVIT OF SERVICE

TYPE OF PROCESS: SUMMONS & COMPLAINT

I, KENDRA DAY, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served KIM SMITH the above process on the 10 day of April, 2018, at 9:05 o'clock, A.M, at 28 TIERNEY COURT QUAKERTOWN, PA 18951, County of Bucks, Commonwealth of Pennsylvania:

Manner of Service:

☑ By handing a copy to the Defendant(s)

Description: Approximate Age 51-55  Height 5'5"  Weight 200  Race WHITE  Sex FEMALE  Hair BLONDE
Military Status: ☑ No  ☐ Yes  Branch: _____

Commonwealth/State of __P.__  )
                              ) SS:
County of __Berks__           )

Before me, the undersigned notary public, this day, personally, appeared __Kendra Day__ to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

File Number: USA-177862
Case ID #: 5154507

Subscribed and sworn to before me
this __10__ day of __April__, 20-__18__

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Eric M. Afflerbach, Notary Public
Washington Twp, Berks County
My commission expires November 18, 2021