UNITED STATES DISTRICT COURT
Eastern District of Pennsylvania
U.S. Court House
Independence Mall West
601 Market Street
Philadelphia, PA 19106-1797

215-597-3978

**NOTICE OF HEARING**:

RE:   USA v. Kim Smith, C.A. No. 18-416

Dear Ms. Solarz,

Please be advised that a hearing is scheduled on plaintiff's Motion for Default Judgment (ECF No. 4.)   The hearing will be held on **July 25, 2018** at **10:00 a.m.**, in Courtroom 7-B on the 7th Floor, United States Courthouse, 601 Market Street, Philadelphia, PA 19106.   The moving party should make service[1] of this notice and provide the court with proof on or before July 11, 2018.

s/Marie O'Donnell
_____
Marie O'Donnell, Secretary/
Civil Deputy to Judge Brody
Date:   6/4/2018

TO:   Rebecca Ann Solarz, Esq.
        KML Law Group, PC
        701 Market St., Suite 5000
        Philadelphia, PA   19106

---

[1]   Service of this notice should be made by both First Class and Certified Mail.