UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | | |
| | Plaintiff | CIVIL NO.  18-00416 |
| vs. | | |
| KIM SMITH | | |
| | Defendant | |

## CERTIFICATE OF SERVICE

I, Rebecca A. Solarz, Esquire, here by certifies that the foregoing Order of  has been served by both

first class mail, postage pre-paid, and certified mail upon the parties listed below on June 5, 2018.

KIM SMITH
28 Tierney Court
Quakertown, PA 18951

Respectfully submitted,

KML Law Group, P.C.

By: _____
Rebecca A. Solarz, Esquire
Pennsylvania Attorney I.D. No. 315936
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA  19106-1532
(215) 825-6327
mailto: rsolarz@kmllawgroup.com

Print Your Documents                                                                                    Page 1 of 1

USA - BA

| USPS Manifest Mailing System | | | | | | | Page   1 |
|---|---|---|---|---|---|---|---|

| Mailer's Name & Address<br>KML Law Group<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106 | Permit Number<br>123 | MAC Ver. Number<br>ConnectShip Progistics 6.5 |
|---|---|---|
| | Sequence Number<br>7711-1 | Class of Mail<br>Mixed |

| Article #/<br>Piece ID | Addressee Name<br>Delivery Address | ES<br>Type | Postage | ES<br>Fee | Insurance<br>Amount | Due/<br>Sender | Total<br>Charge |
|---|---|---|---|---|---|---|---|
| 9171999991703830478062<br>9171999991703830478062 | SMITH, KIM<br>28 Tierney Court<br>Quakertown, PA 18951 | ·<br>ERR<br>C | 2.080 | 1.40<br>3.45 | | | 6.93 |

| Page Totals | 1 | | 2.08 | 4.85 | | | 6.93 |
|---|---|---|---|---|---|---|---|
| Cumulative Totals | 1 | | 2.08 | 4.85 | | | 6.93 |

USPS CERTIFICATION

Total Number Of Pieces Received_____

Round Stamp_____

Signature of Receiving Employee

PS Form 3877 (Facsimile)

Extra Service Codes:
C        Certified
ERR    Return Receipt



Name and Address of Sender
**KML LAW GROUP, P.C.**
SUITE 5000
701 MARKET STREET
PHILADELPHIA, PA
19106-1532

Check type of mail or service;

☐ Certified
☐ COD
☐ Delivery Confirmation
☐ Express Mail
☐ Insured

☐ Recorded Delivery (International)
☐ Registered
☐ Return Receipt for Merchandise
☐ Signature Confirmation

Affix Stamp Here
(If issued as a certificate of mailing, or for additional copies of this bill)
Postmark and Date of Receipt

U.S. POSTAGE >> PITNEY BOWES

ZIP 19106  $ 001.35⁰
02 1W
0001391829 JUN 05. 2018

| Article Number | Addressee (Name, Street, City, State, & ZIP Code) | Postage | Fee | Handling Charge | Actual Value if Registered | Insured Value | Due Sender if COD | DC Fee | SC Fee | SH Fee | RD Fee | RR Fee |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | SMITH, KIM<br>28 Tierney Court<br>Quakertown, PA 18951 | | | | | | | | | | | |
| 2. | | | | | | | | | | | | |
| 3. | | | | | | | | | | | | |
| 4. | | | | | | | | | | | | |
| 5. | | | | | | | | | | | | |
| 6. | | | | | | | | | | | | |
| 7. | | | | | | | | | | | | |
| 8. | | | | | | | | | | | | |

USPS CONTINENTAL STATION
JUN 5 2018
PHILA, PA 19106

| Total Number of Pieces Listed by Sender | Total Number of Pieces Received at Post Office | Postmaster, Per (Name of receiving employee) |
|---|---|---|

Complete by Typewriter, Ink, or Ball Point Pen

See Privacy Act Statement on Reverse

PS Form 3877, February 2002 (Page 1 of 2)

USA-177862   Bucks County   Sale Date:

KIM SMITH

USA - B. Augustin