UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>vs.<br><br>KIM SMITH<br><br>Defendant | CIVIL NO. 18-00416 |

## CERTIFICATE OF SERVICE

I do hereby certify that service of the foregoing Statement of Damages and Memorandum of Law in Support of Plaintiff's Motion for Default Judgment was made upon the following persons by mailing a true and correct copy thereof, postage prepaid, on this ___20th___ day of ___July___ 2018, addressed as follows:

KIM SMITH
28 Tierney Court
Quakertown, PA 18951

Respectfully submitted,

KML Law Group, P.C.

By: _____
Rebecca A. Solarz, Esquire
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA  19106-1532
(215) 825-6327
RSolarz@kmllawgroup.com