UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF PENNSYLVANIA

---

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>       Plaintiff<br><br>vs.<br><br>KIM SMITH<br><br>       Defendant(s) | CIVIL NO. 18-00416 |

### CERTIFICATE OF SERVICE
### PURSUANT TO Pa.R.C.P. 3129.2 (c) (2)

  Rebecca A. Solarz, Esquire, Attorney for Plaintiff, hereby certifies that service on the Defendants of the Notice of Sheriff Sale was made by:

( x )  Personal Service by the Sheriff's Office/competent adult (copy of return attached).
(   )  Certified mail by Rebecca A. Solarz (original green Postal return receipt attached).
(   )  Certified mail by Sheriff's Office.
(   )  Ordinary mail by Rebecca A. Solarz, Esquire to Attorney for Defendant(s) of record (proof of mailing attached).
(   )  Acknowledgment of Sheriff's Sale by Attorney for Defendant(s) (proof of acknowledgment attached).
(   )  Ordinary mail by Sheriff's Office to Attorney for Defendant(s) of record.

**IF SERVICE WAS ACCOMPLISHED BY COURT ORDER.**

(   )  Premises was posted by Sheriff's Office/competent adult (copy of return attached).
(   )  Certified Mail & ordinary mail by Sheriff's Office (copy of return attached).
(   )  Certified Mail & ordinary mail by Rebecca A. Solarz (original receipt(s) for Certified Mail attached).

Pursuant to the Affidavit under Rule 3129 (copy attached), service on all lienholders (if any) has been made by ordinary mail by Rebecca A. Solarz, Esquire (copies of proofs of mailing attached).

The undersigned understands that the statements herein are subject to the penalties provided by 18 P.S. Section 4904.

                       Respectfully submitted,

                       _____
                       BY: Rebecca A. Solarz, Esq.
                       Attorney for Plaintiff

# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

THE UNITED STATES OF AMERICA; et seq.
Plaintiff (Petitioner)

v.

KIM SMITH; et al.
Defendant (Respondent)

CASE and/or DOCKET No.: 18-00416

Sheriff's Sale Date: 11/15/18

## AFFIDAVIT OF SERVICE

**TYPE OF PROCESS: NOTICE OF SALE**

I, KENDRA DAY, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served KIM SMITH the above process on the 29 day of August, 2018, at 10:10 o'clock, A.M, at 28 TIERNEY COURT QUAKERTOWN, PA 18951, County of Bucks, Commonwealth of Pennsylvania.

**Manner of Service:**

☑ By handing a copy to the Defendant(s)

Description: Approximate Age _56-60_ Height _5'8"_ Weight _220_ Race _WHITE_ Sex _FEMALE_ Hair _RED & BLONDE_

Military Status: ☑ No  ☐ Yes  Branch: _____

Commonwealth State of _PA_ ) SS:
County of _Bucks_ )

Before me, the undersigned notary public, this day, personally, appeared _Kendra Day_ to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_(Signature of Affiant)_

File Number: USA-177862
Case ID #: 5276638

Subscribed and sworn to before me this _30_ day of _Aug_, 20_18_.

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Eric M. Afflerbach, Notary Public
Washington Twp., Berks County
My commission expires November 18, 2021

| USPS Manifest Mailing System | | USA·BA | | | | | Page 1 |
|---|---|---|---|---|---|---|---|
| Mailer's Name & Address<br>KML Law Group<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106 | | Permit Number<br>123 | | | MAC Ver. Number<br>ConnectShip Progistics 6.5 | | |
| | | Sequence Number<br>7940-1 | | | Class of Mail<br>Mixed | | |
| Article #/<br>Piece ID | Addressee Name<br>Delivery Address | ES<br>Type | Postage | ES<br>Fee | Insurance<br>Amount | Due/<br>Sender | Total<br>Charge |
| 9171999991703969200510<br>9171999991703969200510 | SMITH, KIM<br>28 Tierney Court<br>Quakertown, PA 18951 | <br>ERR<br>C | 2.520 | <br>1.40<br>3.45 | | | 7.37 |
| Page Totals | 1 | | 2.52 | 4.85 | | | 7.37 |
| Cumulative Totals | 1 | | 2.52 | 4.85 | | | 7.37 |

USPS CERTIFICATION

Total Number Of Pieces Received_____

_____    Round Stamp_____
Signature of Receiving Employee

PS Form 3877 (Facsimile)          Extra Service Codes:
                                   C      Certified
                                   ERR    Return Receipt



**Name and Address of Sender**
KML LAW GROUP, P.C.
SUITE 5000
701 MARKET STREET
PHILADELPHIA, PA
19106-1532

**Check type of mail or service:**
- [ ] Certified
- [ ] COD
- [ ] Delivery Confirmation
- [ ] Express Mail
- [ ] Insured
- [ ] Recorded Delivery (International)
- [ ] Registered
- [ ] Return Receipt for Merchandise
- [ ] Signature Confirmation

**Affix Stamp Here** (If issued as a certificate of mailing, or for additional copies of this bill) Postmark and Date of Receipt

U.S. POSTAGE >> PITNEY BOWES
ZIP 19106 $ 003.51
02 1W
0001391829 AUG. 22. 2018

| # | Article Number | Addressee (Name, Street, City, State, & ZIP Code) | Postage | Fee | Handling Charge | Actual Value if Registered | Insured Value | Due Sender if COD | DC Fee | SC Fee | DC Fee | SH Fee | RD Fee | RR Fee |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | | Bucks County Clerk of Courts, Criminal Division, Admin Bldg, 4th Floor, Doylestown, PA 18901 | | American General Financial Services, Inc. 120 S. West End Blvd. Suite 1 Quakertown, PA 18951-1141 | | | | | | | | | | |
| 2. | | DOMESTIC RELATIONS OF CHESTER COUNTY, 117 West Gay Street, PO Box 2748, West Chester, PA 19380 | | TENANTS / OCCUPANTS 28 Tierney Court Quakertown, PA 18951 | | | | | | | | | | |
| 3. | | DOMESTIC RELATIONS OF BERKS COUNTY, 633 Court Street, 6th Floor, Reading, PA 19601 | | | | | | | | | | | | |
| 4. | | DOMESTIC RELATIONS OF FRANKLIN COUNTY, 218 N. Second Street, Chambersburg, PA 17201 | | | | | | | | | | | | |
| 5. | | PA DEPARTMENT OF PUBLIC WELFARE - Bureau of Child Support Enforcement, Health and Welfare Bldg. - Room 432, P.O. Box 2675, Harrisburg, PA 17105-2675 | | | | | | | | | | | | |
| 6. | | DOMESTIC RELATIONS OF BUCKS COUNTY, 30 East Court Street, Doylestown, PA 18901 | | | | | | | | | | | | |
| 7. | | Quakertown Borough, 35 N. Third Street, Quakertown, PA 18951 | | | | | | | | | | | | |
| 8. | | | | | | | | | | | | | | |

Postmaster, Per (Name of receiving employee)

Total Number of Pieces Listed by Sender: 9
Total Number of Pieces Received at Post Office:

AUG 22 2018

PS Form 3877, February 2002 (Page 1 of 2)    Complete by Typewriter, Ink, or Ball Point Pen    See Privacy Act Statement on Reverse

USA-177862   Bucks County   Sale Date: 11/15/2018

KIM SMITH

USA-RO. Augustin

UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>                      Plaintiff<br><br>vs.<br><br>KIM SMITH<br><br>                      Defendant(s) | CIVIL NO. 18-00416 |

## AFFIDAVIT PURSUANT TO RULE 3129

      THE UNITED STATES OF AMERICA, Plaintiff in the above action, by counsel, KML Law Group, P.C. sets forth as of the date the praecipe for the writ of execution was filed the following information concerning the real property located at:

           28 Tierney Court
           Quakertown, PA 18951

1. Name and address of Owner(s) or Reputed Owner(s):

           KIM SMITH
           28 Tierney Court
           Quakertown, PA 18951

2. Name and address of Defendant(s) in the judgment:

           KIM SMITH
           28 Tierney Court
           Quakertown, PA 18951

3. Name and last known address of every judgment creditor whose judgment is a record lien on the property to be sold:

           Bucks County Clerk of Courts
           Criminal Division, Admin Bldg
           4th Floor
           Doylestown, PA 18901

           DOMESTIC RELATIONS OF CHESTER COUNTY
           117 West Gay Street
           PO Box 2748
           West Chester, PA 19380

           DOMESTIC RELATIONS OF BERKS COUNTY
           633 Court Street, 6th Floor
           Reading, PA 19601

DOMESTIC RELATIONS OF FRANKLIN COUNTY
218 N. Second Street
Chambersburg, PA 17201

PA DEPARTMENT OF PUBLIC WELFARE - Bureau of Child Support Enforcement
Health and Welfare Bldg. - Room 432
P.O. Box 2675
Harrisburg, PA 17105-2675

DOMESTIC RELATIONS OF BUCKS COUNTY
30 East Court Street
Doylestown, PA 18901

Quakertown Borough
35 N. Third Street
Quakertown, PA 18951

4. Name and address of the last recorded holder of every mortgage of record:

American General Financial Services, Inc.
120 S. West End Blvd.
Suite 1
Quakertown, PA 18951-1141

5. Name and address of every other person who has any record interest in or record lien on the property and whose interest may be affected by the sale:

6. Name and address of every other person of whom the plaintiff has knowledge who has any record interest in the property which may be affected by the sale.

7. Name and address of every other person of whom the plaintiff has knowledge who has any interest in the property which may be affected by the sale.

TENANTS / OCCUPANTS
28 Tierney Court
Quakertown, PA 18951

I verify that the statements made in this affidavit are true and correct to the best of my personal knowledge or information and belief. I understand that false statements herein are made subject to the penalties of 18 Pa. C.S. Section 4904 relating to unsworn falsification to authorities.

DATED: September 11, 2018

KML Law Group, P.C.
BY: Rebecca A. Solarz, Esq.
Attorney for Plaintiff