

**U.S. Department of Justice**

United States Marshals Service

*Eastern District of PA*

---

*Philadelphia, PA 19106*

## U.S. MARSHALS SALE OF REAL PROPERTY

CIVIL ACTION NO.: 18-CV-416

I, PATRICK D. ENNIS, a Deputy U.S. Marshal for the Eastern District of Pennsylvania, sold the property located at 28 TIERNEY COURT, QUAKERTOWN, PA, 18951.

The public sale was held on NOVEMBER 28, 2018

and the highest bidder was Casey Wells for USP HOLDINGS, LLC

who bid the amount of $ 75,000.00

By: [signature]

Deputy U.S. Marshal



**U.S. Department of Justice**

United States Marshals Service

*Eastern District of Pennsylvania*

Philadelphia P 1 19106

## BIDDER'S REGISTRATION FORM

NAME: Casey Wells

ADDRESS: 1525 Oregon Pike

Lancaster, Pa 17601

PHONE (DAY): (717) 951 6506

Below please provide the name(s) in which the deed will be registered, if you are the successful bidder There will be no exceptions or changes.

USP Holdings, LLC

The above is precisely how the name(s) are to appear in the deed

75,000



## U.S. Department of Justice

United States Marshals Service

*Eastern District of Pennsylvania*

---

*Philadelphia PA 19106*

### BIDDER'S REGISTRATION FORM

NAME: 1995 PROPERTY MANAGEMENT, INC.
SHAWN SYLVIA, PRESIDENT

ADDRESS: P.O. Box 1295

SEAFORD DE 19973

PHONE (DAY): 302-745-1187

Below please provide the name(s) in which the deed will be registered, if you are the successful bidder. There will be no exceptions or changes.

1995 PROPERTY MANAGEMENT, INC.

The above is precisely how the name(s) are to appear in the deed