**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 18-00416 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Kim Smith | US Marshals Sale of Real Estate |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION ETC TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Kim Smith

ADDRESS *(Street or RFD Apartment No City State and ZIP Code)*
28 Tierney Court, Quakertown, PA 18951

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

KML Law Group
701 Market Street
Suite 5000
Philadelphia, PA 19106

FILED
DEC 21 2018
KATE BARKMAN, Clerk
BY _____ Dep. Clerk

Number of process to be served with this Form 285

Number of parties to be served in this case

Check for service on U S A

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*

Signature of Attorney other Originator requesting service on behalf of  ☐ PLAINTIFF  ☐ DEFENDANT   TELEPHONE NUMBER   DATE

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated *(Sign only for USM 285 if more than one USM 285 is submitted)*  Total Process: 1  District of Origin No 66  District to Serve No 66  Signature of Authorized USMS Deputy or Clerk  Date 11/28/18

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc, at the address shown above on the on the individual, company, corporation, etc shown at the address inserted below

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc named above *(See remarks below)*

Name and title of individual served *(if not shown above)*

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address *(complete only different than shown above)*    Date 11-28-18   Time 11:15 am

Signature of U.S. Marshal or Deputy

| Service Fee PARKING 1.00 | Total Mileage Charges including *endeavors* 80 MILES | Forwarding Fee | Total Charges 44.60 | Advance Deposits | Amount owed to U S Marshal* or (Amount of Refund*) 44.60  $0.00 |
|---|---|---|---|---|---|

REMARKS  MT@.54¢ = 43.60
US Marshals Sale of premises known as 28 Tierney Court, Quakertown, PA 18951  Sale was held at the Bucks County Courthouse, 55 E Court Street, Doylestown, PA 18901.

**DISTRIBUTE TO:**
1 CLERK OF THE COURT
2 USMS RECORD
3 NOTICE OF SERVICE
4 BILLING STATEMENT* To be returned to the U S Marshal with payment, if any amount is owed Please remit promptly payable to U S Marshal
5 ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev 11/13