IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| KIM SMITH | : | NO. 18-416 |

### N O T I C E

**AND NOW**, this  5th  day of March, 2019, the parties shall take note that an **Evidentiary Hearing** regarding Plaintiff's Motion for Confirmation of US Marshals Sale of Real Estate (ECF No. 18) will be held on **March 19, 2019** at **10:00 a.m.** in Courtroom 7-B on the 7th Floor of the U.S. Courthouse, 601 Market St., Philadelphia, PA.

ATTEST:                                         or     BY THE COURT

        s/Marie O'Donnell

BY:_____                       _____
M. O'Donnell, Civil Deputy/                          Anita B. Brody,   J.
Secretary

Civ 12 (9/83)

**COPIES VIA ECF ON 3/5/201**