UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> Plaintiff <br><br> vs. <br><br> KIM SMITH <br><br> Defendant(s) | CIVIL NO. 18-00416 |

**CERTIFICATE OF SERVICE**

I, Rebecca Solarz, Esquire, hereby certify that the foregoing Notice of Evidentiary Hearing being held on March 19, 2019 at 10:00 a.m. has been served by first class mail, postage pre-paid, upon the parties listed below on March 5, 2019.

KIM SMITH
28 Tierney Court
Quakertown, PA 18951

Bucks County Clerk of Courts
Criminal Division, Admin Bldg
4th Floor
Doylestown, PA 18901

DOMESTIC RELATIONS OF CHESTER COUNTY
117 West Gay Street
PO Box 2748
West Chester, PA 19380

DOMESTIC RELATIONS OF BERKS COUNTY
633 Court Street, 6th Floor
Reading, PA 19601

DOMESTIC RELATIONS OF FRANKLIN COUNTY
218 N. Second Street
Chambersburg, PA 17201

PA DEPARTMENT OF PUBLIC WELFARE - Bureau of Child Support Enforcement
Health and Welfare Bldg. - Room 432
P.O. Box 2675
Harrisburg, PA 17105-2675

DOMESTIC RELATIONS OF BUCKS COUNTY
30 East Court Street
Doylestown, PA 18901

Quakertown Borough
35 N. Third Street
Quakertown, PA 18951

American General Financial Services, Inc.
120 S. West End Blvd.
Suite 1
Quakertown, PA 18951-1141

USP Holdings, LLC
408 West Chestnut Street
Lancaster, PA 17603

Tenants/Occupants
28 Tierney Court
Quakertown, PA 18951

                                          Respectfully submitted,

                                          KML Law Group, P.C.

                                          By: _____
                                          Rebecca A. Solarz, Esquire
                                          Suite 5000- BNY Independence Center
                                          701 Market Street
                                          Philadelphia, PA 19106-1532
                                          (215) 825-6327