## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>        Plaintiff<br>    v.<br>KIM SMITH<br>        Defendant(s) | Civil Action No: 18-00416 |

### ORDER

AND NOW, this 19 day of March, 2019, upon consideration of Plaintiff's Motion which states that notice has been given to all lienholders of record and no objection has been made to the sale within the thirty (30) day period, it is hereby

### ORDERED

1. That the public sale held on November 28, 2018 is hereby confirmed.

2. That the Marshal is ordered and directed to execute and deliver to USP Holdings, LLC, their successors and assigns ("Purchaser"), a good and sufficient deed, conveying all the right, title and interest of KIM SMITH in and to the premises sold located at 28 Tierney Court, Quakertown, PA 18951.

3. That jurisdiction is retained for such further orders or decrees as may be necessary.

*/s/ Anita B. Brody*
ANITA B. Brody, J.

Copies via ECF 3/19/19