# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

        Plaintiff          CIVIL NO. 18-00416

vs.

Kim Smith

        Defendant(s)

## ASSIGNMENT OF BID

THIS ASSIGNMENT is made this **9th** day of **April**, 4/9/2019, by **USP Holdings LLC** (Assignor) TO **Central Penn Equity Trust** (Assignees).

**WHEREAS**, Assignor was the successful bidder at the United States Marshal's Sale of November 28, 2018 for the Property known as 28 Tierney Court, Quakertown, PA 18951.

**WHEREAS**, Assignor, as successful bidder, assigns to Assignees its right to receive a deed for the Property from the United States Marshal Service for the Eastern District of Pennsylvania. Assignees accept Assignor's right to receive a deed for the Property from the United States Marshal Service for the Eastern District of Pennsylvania.

BY: _____
SUCCESSFUL BIDDER

As to Assignor

Sworn to and subscribed before me

This **17th** day of **April** **2019**, ~~4/9/2019~~

_____
Notary Public

Commonwealth of Pennsylvania - Notary Seal
BRIDGET N. ESHELMAN, Notary Public
Lancaster County
My Commission Expires April 5, 2021
Commission Number 1309951

RECEIVED
UNITED STATES MARSHAL
EASTERN DISTRICT OF PENNSYLVANIA
2019 APR 25 AM 10: 36

Assignment of Bid (28 Tierney Court, Quakertown, PA 18951)
Page 2

I hereby accept this Assignment of Bid.

BY: _____
(Assignees)

Address: 313 W Liberty St, Suite 2, Lancaster, PA 17603
Phone Number: 717-490-2972

As to Assignee

Sworn to and subscribed before me

this 17th day of April 2019, ~~4/9/2019~~.


_____
Notary Public

Commonwealth of Pennsylvania - Notary Seal
BRIDGET N. ESHELMAN, Notary Public
Lancaster County
My Commission Expires April 5, 2021
Commission Number 1309951

## VERIFICATION

I, Kevin Kann, a Member of Lucky Number Seven, LLC, verify that the statements made in the foregoing Complaint are true and correct to the best of my knowledge, information and belief.

I understand that false statements therein are made subject to the penalties of 18 Pa. C.S.A. Sec. 4904 relating to unsworn falsification to authorities.

Lucky Number Seven, LLC

Kevin Kann, Member

Date: 4/17/19