UNITED STATES DISTRICT COURT
FOR THE EASTERN OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>                    Plaintiff<br><br>vs.<br><br>KIM SMITH<br><br>                    Defendant | CIVIL NO. 18-00416 |

### ORDER

AND NOW, this 29th day of April, 2019, upon consideration of the Schedule of Distribution attached to this order, as well as prior orders of this Court granting plaintiff's Motion for Default Judgment, providing for sale of the Property located at 28 Tierney Court Quakertown, PA 18951 ("Property"), and approving and confirming the U.S. Marshal's Sale of the Property, **IT IS HEREBY ORDERED** that the Schedule of Distribution attached to this Order is APPROVED and shall be entered on the docket by Clerk and the U.S. Marshal shall distribute the proceeds of the sale of the Property in accordance with the Schedule of Distribution.

BY THE COURT:

_/s/ Anita B. Brody_
ANITA B Brody, J.

Copies ua ECF 4/29/19

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>                          Plaintiff<br><br>vs.<br><br>KIM SMITH<br><br>                          Defendant | CIVIL ACTION NO. 18-00416 |

## APPLICATION FOR DISTRIBUTION OF PROCEEDS

For the reasons set forth in the attached Schedule of Distribution, the United States of America, on behalf of its Agency, the United States Department of Agriculture, respectfully requests that the Court enter the Order of Distribution as required in the Motion for Judgment and Motion for Confirmation.

Respectfully submitted,

KML Law Group, P.C.

By: /s/Rebecca A. Solarz, Esq.
Rebecca A. Solarz, Esquire
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532
(215) 825-6327
Original signature not required/electronic filing

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>  Plaintiff<br><br>vs.<br><br>KIM SMITH<br><br>  Defendant | CIVIL NO. 18-00416 |

## A. SCHEDULE OF DISTRIBUTION

U.S. MARSHALS SALE OF REAL ESTATE ON A MORTGAGE FORECLOSURE
UNDER A JUDGMENT FILED

Amount bid by Third Party Purchaser.................................$75,000.00

Amount of cash received ...............................................$75,000.00

## TO BE DISTRIBUTED AS FOLLOWS:

Proceeds of sale to the United States Department of
Justice re: CDCS# 2018A13834 .......................................$75,000.00

KML Law Group, P.C.

By: /s/Rebecca A. Solarz, Esq.
Rebecca A. Solarz, Esquire
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA  19106-1532
(215) 825-6327
Original signature not required/electronic filing

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　　　Plaintiff<br><br>vs.<br><br>KIM SMITH<br><br>　　　　　　Defendant | CIVIL NO. 18-00416 |

## CERTIFICATE OF SERVICE

I do hereby certify that this Schedule of Distribution and Certificate of Service was made upon:

KIM SMITH
28 Tierney Court
Quakertown, PA 18951

by mailing a true and correct copy thereof, postage prepaid, on this __10__ day of April, 2019.

Respectfully submitted,

KML Law Group, P.C.

By: _____
Paul Dilla, Legal Secretary
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532
(215) 627-1322